

FILED & JUDGMENT ENTERED
Steven T. Salata

August 11 2023

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

BRIAN PAUL WHITLEY

SSN#: XXX-XX-6796

Chapter 13
CASE NO:   22-30399

Related Court Docket Number: 18

### ORDER GRANTING  MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN AND DESIGNATION OF MINIMUM UNSECURED PERCENTAGE DIVIDEND

This matter came before the Court upon the motion of the trustee in the above-referenced Chapter 13 case for determination of the status of all claims in the case for the purpose of providing for their payment in the debtor's confirmed plan and for designation of the minimum percentage dividend to be paid to the general unsecured creditors provided for by the plan. After timely notice of the trustee's motion to all parties in interest and an opportunity for hearing, the Court now finds and concludes that the motion is appropriate and should be granted at this time.

Based upon the foregoing, IT IS HEREBY ORDERED that the trustee's motion is GRANTED and that all claims shall be provided for payment in the debtor's confirmed plan as reported and set forth in the trustee's motion. IT IS FURTHER ORDERED that the minimum percentage dividend to be paid to the general unsecured creditors provided for by the plan be set at one percent (1%).

This Order has been signed electronically,
pursuant to administrative order of the
Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY JUDGE

{:20230810153133:}