

FILED & JUDGMENT ENTERED

Christine F. Winchester

August 9 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

IN RE:                                                    Chapter 13

BRIAN PAUL WHITLEY                                        CASE NO: 22-30399

SSN#: XXX-XX-6796                                         Related Docket #: 24

### ORDER

ON 08/07/2024,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

MARCUS D CROW Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments August 2024.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$1,230.00** per month.

Plan term set at **60** months; minimum unsecured dividend is adjusted as necessary.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
_____
UNITED STATES BANKRUPTCY COURT JUDGE